COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Lorianne Galvan v. Ronald Beau Groover

Appellate case number:     01-19-00721-CV

Trial court case number:     18-DCV-248956

Trial court:                          505th District Court of Fort Bend County

The trial court clerk has filed a notice in this Court indicating that appellant, Lorianne Galvan, has not made payment arrangements for the clerk's record. Appellant filed a statement of inability to pay costs in the trial court, and the supplemental clerk's record does not indicate the trial court overruled appellant's claim of indigence in an order. *See* TEX. R. APP. 20.1(b)(1); TEX. R. CIV. P. 145. Appellant's notice of appeal communicated to this Court in writing that appellant is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Appellant may therefore proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1.

The Clerk of this Court is **directed** to make an entry in this Court's records that appellant is indigent and may proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1), (2).

The trial court clerk is **ordered** to provide a complete copy of the clerk's record to appellant without charge. *See* TEX. R. CIV. P. 145(a), (c).

The court **notifies** appellant that appellant is responsible for requesting in writing that the court reporter prepare the reporter's record. *See* TEX. R. APP. P. 34.6(b), 35.3(b). The official court reporter is **ordered** to provide a complete copy of the reporter's record to appellant without charge at appellant's request.

It is so ORDERED.

Judge's signature:    _/s/  Evelyn V. Keyes_____
                              ☑ Acting individually     ☐ Acting for the Court

Date:  \_\_\_November 7, 2019\_\_\_